*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC. | **CASE NUMBER:** |
| PLAINTIFF(S), | CV 5:20-mc-00043 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  October 28,2020

in favor of   NATIONWIDE JUDGMENT RECOVERY INC.

whose address is  8452 Katella Ave, Stanton CA 90680

and against  JEFF STEWART

whose last known address is  84504 BELLISSIMO CIR, INDIO  CA 92203

for $ 137,103.21 _____  Principal, $  11,284.71 _____  Interest,  $ 0 _____ Costs,

and $ 0.00 _____  Attorney Fees.

ATTESTED this ____1____ day of __February__ ,2021

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.

Judgment debtor's Social Security number;  4593 _____ (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

JEFF STEWART

84504 BELLISSIMO CIR

INDIO CA 92203

CLERK, U.S. DISTRICT COURT

By _____
          Deputy Clerk

1246

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*