**PRENOVOST, NORMANDIN, DAWE & ROCHA**
A Professional Corporation
**TOM R. NORMANDIN, SBN 102265**
tnormandin@pnbd.com
**SYDNEY T. MURAOKA, SBN 339811**
smuraoka@pnbd.com
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
**Phone No.:    (714) 547-2444**
**Fax No.:       (714) 835-2889**

Attorneys for NATIONWIDE JUDGMENT RECOVERY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFF STEWART,<br><br>　　　　Defendant. | Case No. 5:23-cv-01621-PSG-SHK<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE OSC HEARING**<br><br>Date:　May 10, 2024<br>Time:　10:00 a.m.<br>Crtrm.:　6A |

**TO THIS HONORABLE COURT HEREIN**:

　　The parties are pleased to report that thanks to settlement efforts undertaken by both Counsel, this matter has been settled in all respects, including satisfaction of the Judgment entered on February 1, 2021.

　　The parties have executed a written settlement agreement and all conditions pursuant thereto have been met. Accordingly, the Parties request that the Court vacate the OSC hearing scheduled on May 10, 2024 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

9909.0003 / 02677989.1

NOTICE OF SETTLEMENT AND ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT

DATED: March 13, 2024

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation

By: *Tom R. Normandin*
TOM R. NORMANDIN
SYDNEY T. MURAOKA
Attorneys for NATIONWIDE JUDGMENT RECOVERY, INC.

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 • FAX (714) 835-2889

9909.0003 / 02677989.1

2
NOTICE OF SETTLEMENT AND ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT

# PROOF OF SERVICE

**NATIONWIDE JUDGMENT RECOVERY, INC. v. JEFF STEWART 5:23-cv-01621-PSG-SHK**

**STATE OF , COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2122 North Broadway, Suite 200, Santa Ana, CA 92706-2614.

On March 13, 2024, I served true copies of the following document(s) described as **ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** on the interested parties in this action as follows:

Kimberly Rose McCaslin
Derryberry & Associates LLP
41240 11th St. West, Suite A
Palmdale, CA 93551
kim@derryberrylawyers.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address smuraoka@pnbd.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2024, at Santa Ana, California.

                                                /s/ Sydney Muraoka
                                                Sydney T. Muraoka

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 • FAX (714) 835-2889

9909.0003 / 02677989.1

NOTICE OF SETTLEMENT AND ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT