JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFF STEWART, <br><br> Defendant. | Case No. 5:23-cv-01621-PSG-SHK <br><br> **ORDER RE: REQUEST TO VACATE OSC HEARING** <br><br> Date: May 10, 2024 <br> Time: 10:00 a.m. <br> Crtrm.: 6A |

**ORDER**

The parties reported that this matter has been settled in all respects, including satisfaction of the Judgment entered on February 1, 2021.

Accordingly, the Court ORDERS the OSC hearing scheduled on May 10, 2024 at 10:00 a.m. is vacated and Plaintiff's Application for Order of Sale be denied without prejudice.

Dated: March 14, 2024

_____
Honorable Philip S. Gutierrez